UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
    PAUL E. OLSEN                              Case No. 10-39799-svk
    CHERYL R. OLSEN                         Chapter 11

                Debtors.

## AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

      PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters and gives notice as counsel for Olsen's Mill Acquisition Company, LLC, Ag Services of Wisconsin, LLC and Philmar, LLC, creditors of the above-named debtors. All parties are requested to take notice of this appearance and, in accordance with Bankruptcy Rules 2002 and 3017, serve copies of any and all original and amended notices, pleadings, reports and/or documents of any kind filed in this bankruptcy upon the undersigned.

      The undersigned respectfully requests, pursuant to Bankruptcy Rule 2002(g), that the following be added to the Mailing Matrix: Attorney Colleen M. Kelly and Attorney Thomas Olejniczak, 231 South Adams Street, P.O. Box 23200, Green Bay, Wisconsin 54305-3200.

      Dated this 5th day of January, 2011.

                                            LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.
                                            Attorney for Olsen's Mill Acquisition Company, LLC

                                            /s/ Colleen M. Kelly
                                            _____
                                            Colleen M. Kelly (State Bar No. 1041053)
                                            Thomas M. Olejniczak (State Bar No. 1015820)

<u>MAILING ADDRESS:</u>
231 South Adams Street
P.O. Box 54305-2300
Green Bay, WI 54305-3200
Telephone: (920) 437-0476
891087

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    PAUL E. OLSEN                       Case No. 10-39799-svk
    CHERYL R. OLSEN                   Chapter 11

            Debtors.

## CERTIFICATE OF SERVICE

I, Sarah M. Leupold, certify that I caused a copy of the foregoing Amended Notice of Appearance to be served upon the following individuals by electronic filing through ECF on January 5, 2011:

- Carla O. Andres    candres@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Melissa Blair    msb@kravitlaw.com, dmh@kravitlaw.com;reception@kravitlaw.com
- John W. Menn    jmenn@oshkoshlawyers.com, jschoessow@oshkoshlawyers.com
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov

I, Sarah M. Leupold, certify that I caused a copy of the foregoing Amended Notice of Appearance to be served upon the following individuals by electronic filing by U.S. Mail on January 5, 2011:

    Russell L. Munsch
    Munsch Hardt Kopf & Harr, PC
    3800 Lincoln Plaza
    500 North Akard Street
    Dallas, TX 75201-6659

    Joseph J. Wielebinski
    Munsch Hardt Kopf & Harr, PC
    3800 Lincoln Plaza
    500 North Akard Street
    Dallas, TX 75201-6659

/s/ Sarah M. Leupold

Sarah M. Leupold

891087