# Dave Miller

**From:** polsen@olsensmill.com
**Sent:** Saturday, September 20, 2008 11:13 AM
**To:** Dave Miller
**Subject:** RE: Renew Update

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Dave
Thanks for the visit yesterday. As I said, It really means alot not only to me but Liza. The update for today is that Chris wants me to sign the BB cert, which when I read it, I than commit myself to fraud as I know the base is not in compilance. What do you think I should do? The meeting with Zealands president and owner on friday wa sinteresting. He would put in 20 mil for part ownership and continue the coproducts contract. Jeff told him it would probably be 40 mil which he did nnot think he could come up with. I met john Koerhmer and his wife last nite to review and we both think leaving the wet cake sakes into zealand we will be in the same boat.So we are going to try mondy to get the first mcness, who doew utisa to handle the wet out of renew also, as they said they would put 2 more folks on the same day and then let zieland handle any excess sale of dry distillers out of utica. I told Jeff to call zealand today and get a 6 mil cash for a renew note monday, if not 10 mil. The corn is going over to renew and they expect to start the plant at 6 pm tonite. John k told me after meeting the 3 productuion managers we have at renew, that place will far out pace utica in effeicency.He is going to take charge of co products like he did at utica to straighten it out. Utica has enough corn to go through the week end. Crown wired back 1 mil of our oil plant money yesterday. Our folks know the hole we are in, but what chapman tells us mon or tues will tell us if our plan will work. As always, i need to aska favor and that is let liza borrow the balance of the ob note to applt to the mill ar with thema schris is going to want that clened up. Will keep you updated as we go along thanks again Dave Paul

-----Original Message-----
From: "Dave Miller" <dmiller@baylake.com>
Sent: Friday, September 19, 2008 9:26am
To: polsen@olsensmill.com
Subject: RE: Renew Update

Paul,

I am making arrangement to see you today. It will be early afternoon if all works. Please give me your address and simple instructions that a banker can understand.

I spoke to Liza this a.m.

Dave



EXHIBIT B