UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| PAUL E. OLSEN and CHERYL R. OLSEN, individually, | Case No. 10-39799-svk |
| Debtors. | Chapter 11 |

NOTICE OF MOTION FOR
APPOINTMENT OF A CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE**, that on January 18, 2011, BNP Paribas, as Administrative Agent ("BNPP"), filed the attached *Motion for Appointment of a Chapter 11 Trustee* ("Motion") with the Court.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order approving the Motion, or would like the Court to consider your views, then you or your attorney must do the following:

File a response to the Motion on or before **February 4, 2011** explaining your position with:

Clerk
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 126
Milwaukee, Wisconsin 53202

Drafted by:
Carla O. Andres
GODFREY & KAHN, S.C.
333 Main Street, Suite 600
Green Bay, Wisconsin 54301
Telephone: (920) 432-9300
Facsimile: (920) 436-7988
Email: candres@gklaw.com

If you mail your request to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

| | | |
|---|---|---|
| Carla O. Andres | Joeseph J. Wielebinski | David W. Asbach |
| Godfrey & Kahn, S.C. | Deborah M. Perry | Office of the U.S. Trustee |
| 333 Main Street, Suite 600 | Munsch Hardt Kopf & Harr, P.C. | 517 East Wisconsin Avenue |
| P.O. Box 13067 | 3800 Lincoln Plaza | Room 430 |
| Green Bay, WI 54307-3067 | 500 North Akard Street | Milwaukee, WI 53202 |
| | Dallas, Texas 75201-6659 | |

**AND**

**You must attend the hearing scheduled to be held at 12:30 p.m. on March 9, 2011** before the Honorable Susan V. Kelley in Room 167, United States Bankruptcy Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order approving the requested.

Dated: January 18, 2011.

**GODFREY & KAHN, S.C.**

BY: _____/s/ Carla O. Andres_____
Carla O. Andres (WI Bar No. 1020997)

*Attorneys for BNP Paribas, as Agent*

GODFREY & KAHN, S.C.
333 Main Street, Suite 600
Green Bay, Wisconsin 54301
Telephone: (920) 432-9300
Facsimile: (920) 436-7988
Email: candres@gklaw.com

5886504_1