UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the Matters of::

David A. and Becky S. Olsen, and
Paul E. and Cheryl R. Olsen, [1]

Debtors.

Case No. 10-39796-svk

Chapter 11

**DEBTORS' MOTION FOR LEAVE TO FILE A BRIEF EXCEEDING THE 15-PAGE LIMIT**

1. On January 18, 2011, BNP Paribas ("BNPP") filed a *Motion for Appointment of a Chapter 11 Trustee*. (Dkt. No. 25). This sixteen-page document contains various significant allegations of fraud allegedly committed by Debtor Paul E. Olsen. Pursuant to BNP's Notice of Motion, any written response to its motion is due on or before February 4, 2011.

2. Mr. Olsen intends to vigorously dispute each and every allegation of fraud and present significant evidence establishing why BNP's allegations are utterly devoid of merit. In order to properly address each of the numerous allegations asserted, Debtors respectfully request that they be allowed to exceed the fifteen-page briefing limitation under L.R. 9004(b).

3. The Debtors further request that the proposed order, filed with this motion, be entered without a hearing prior to February 4, 2011, the date their written response to BNP's motion is due.

---

[1] The Case Number for Paul E. and Cheryl R. Olsen is 10-39799-svk.

Drafted by:

Melissa S. Blair
Kravit, Hovel & Krawczyk, s.c.
825 North Jefferson Street, Suite 500
Milwaukee, WI 53202
Phone: 414-271-7100
Facsimile: 414-271-8135
E-mail: msb@kravitlaw.com

**WHEREFORE**, Debtors respectfully request that the Court grant their motion to exceed the page limitations under L.R. 9004(b).

> Kravit, Hovel & Krawczyk s.c.
>
> *s/Melissa S. Blair*
> Stephen E. Kravit
> Melissa S. Blair
> *Attorneys for Paul E. Olsen and Cheryl R. Olsen*

Kravit, Hovel & Krawczyk s.c.
825 North Jefferson Street, Suite 500
Milwaukee WI, 53202
Phone: 414-271-7100
Fax: 414-271-8135
E-mail: msb@kravitlaw.com